IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> Scott Paulson ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHINWHA ELECTRONICS CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Civ. No. 05-1746 (RCL) <br> ~~UNDER SEAL~~ |

~~PROPOSED~~ ORDER

On the 5th day of January 2006, the United States and Relator filed a stipulation to dismiss the complaint against Shinwha Electronics Corporation pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1). Upon due consideration of the stipulation and the papers on file in this action,

IT IS ORDERED that,

1. The Settlement Agreement and the settlement amount are fair, adequate, and reasonable under all the circumstances as defined by 31 U.S.C. § 3730(c)(2)(B);

2. The complaint is DISMISSED against Shinwha Electronics solely, consistent with the terms of the Settlement Agreement;

3. The dismissal shall be with prejudice as to the Relator;

4. The dismissal shall be with prejudice as to the United States with respect to only the claims of the United States for the Covered Conduct to the extent provided in the Settlement Agreement.

5. All contents of the file in this matter shall remain under seal with the following exceptions: (1) the Joint Stipulation of Dismissal *with Exhibit 1*; and (2) this Order.

IT IS SO ORDERED.

This _12th_ day of _January_, 2006.

_____
Royce C. Lamberth
UNITED STATES DISTRICT *Judge*